Brooks v Mohawk Val. Health Sys. (2025 NY Slip Op 05386)

Brooks v Mohawk Val. Health Sys.

2025 NY Slip Op 05386

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND KEANE, JJ.

677 CA 24-00380

[*1]CHANTEL BROOKS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF X.H., DECEASED, AND ON BEHALF OF DARRELL L. HARRIS, PERSONALLY, PLAINTIFF-RESPONDENT,
v
MOHAWK VALLEY HEALTH SYSTEM, FAXTON-ST. LUKE'S HOSPITAL, DAVID MCMURRAY, D.O., WOMEN'S AND CHILDREN'S HEALTH CENTER/ST. ELIZABETH'S HOSPITAL, MARK BRISTOL, M.D., BENJAMIN FLINN, M.D., PHYU THWE, M.D., DEFENDANTS-APPELLANTS, ET AL., DEFENDANT. 

NAPIERSKI, VANDENBURGH, NAPIERSKI & O'CONNOR, LLP, ALBANY (COURTNEY L. ALPERT OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
ROBERT F. JULIAN, P.C., UTICA (STEPHANIE A. PALMER OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered January 26, 2024, in a medical malpractice action. The order, insofar as appealed from, denied those parts of the motion of defendants seeking to dismiss the complaint against defendants-appellants. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court